UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DAMON JONES, individually and on behalf of all others similarly situated,

                        Plaintiffs,

-against-

MILLER INTERNATIONAL, INC.

                        Defendant.
-----------------------------------------------------------------X

Case No. 1:23-cv-5066

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs. Each party will bear its own costs and fees.

Dated: November 17th, 2023

New York, New York

| Mars Khaimov Law, PLLC | Moye White LLP |
|---|---|
| By: _____ | By: _____ |
| Mars Khaimov, Esq. | Tanner J. Walls, Esq. |
| 100 Duffy Avenue, Suite 510 | 3615 Delgany Street, Suite 1100 |
| Hicksville, New York 11801 | Denver, CO 80216-3997 |
| Tel.: 929.324.0717 (direct) | 303-292-2900 |
| mars@khaimovlaw.com | Tanner.Walls@moyewhite.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED: _____
U.S.D.J
November 30, 2023

4895-5040-3388.1